UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY A. HART,
FDOC. No. 075432
    Plaintiff,

vs.                                            Case No.:  3:25-cv-1377/MCR/ZCB

WARDEN TERRY DUDLEY,
    Defendant.
_____/

**ORDER**

The Magistrate Judge issued a Report and Recommendation on August 19, 2025. *See* ECF No. 3. The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The Magistrate Judge's Report and Recommendation, ECF No. 3, is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice**, under 28 U.S.C. § 1915(g), based on Plaintiff's failure to pay the filing fee when he commenced this case.

3. The Clerk of Court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 9th day of January 2026.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**